UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

WAYNE RODRICK                                    JURY TRIAL DEMANDED

v.                                               CASE NO.  3:08CV

AFNI, INC.

## COMPLAINT

1. This is an action for actual, statutory and punitive damages, injunctive relief, costs and attorney's fees brought pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692; or the Consumer Collection Agency Act, Conn. Gen. Stat. § 36a-800 and regulations issued thereunder, the Connecticut Unfair Trade Practices Act ("CUTPA"), Conn. Gen. Stat. § 42-110a, and common law.

2. This Court has jurisdiction. 15 U.S.C. §1692k and 28 U.S.C. §1331 and §1367.

3. Plaintiff is an individual who resides in Middletown Connecticut.

4. Plaintiff is a consumer within the meaning of the FDCPA.

5. Defendant is licensed as a Consumer Collection Agency by the Banking Department of the State of Connecticut.

6. Defendant engaged in misleading, deceptive or unfair collection efforts concerning an alleged Cingular account ending in 9295.

7. Defendant continued to contact plaintiff directly after receiving e-mailed notice on November 9, 2007, that he was represented by identified counsel, that he disputed the account, and that he refused to pay.

8. In the course of its collection, defendant violated §1692c, -e, -f, or –g.

Second Count.

9. The allegations of the First Count are repeated and realleged as if fully set forth herein.

10. Within three years prior to the date of this action Defendant engaged in acts and practices as to plaintiff in violation of the Creditors' Collection Practices Act, C.G.S. §36a 645 et seq., or the Consumer Collection Agency Act, C.G.S. § 36a 800 et seq.

11. Defendant has thereby committed unfair or deceptive acts or practices within the meaning of the Unfair Trade Practices Act, Conn. Gen. Stat. § 42 110a et seq.

WHEREFORE plaintiff respectfully requests this Court to:

1. Award plaintiff such damages as are permitted by law, both compensatory and punitive;

2. Award the plaintiff costs of suit and a reasonable attorney's fee;

3. Award such other and further relief as law or equity may provide, including injunctive relief.

THE PLAINTIFF

BY____/s/ Joanne S. Faulkner___
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT 06511-2422
(203) 772-0395
j.faulkner@snet.net